UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VALPARISIA R. BANNAMON )<br>and MOSES W. ROBINSON, )<br>           Plaintiffs, )<br>)<br>)<br>          v. )<br>)<br>THE CITY OF FAYETTEVILLE; )<br>DALE INMAN; ANTHONY G. )<br>CHAVONNE; WESLEY A. MEREDITH; )<br>KEITH A. BATES, SR.; CHARLES E. )<br>EVANS; ROBERT A. MASSEY, JR.; )<br>DJ. HAIRE; ROBERT T. HURST, JR.; )<br>WILLIAM JOSEPH CRISP; VALENCIA )<br>A. APPLEWHITE; THEODORE W. )<br>MOHN; DAVID B. CRAIG; HARVEY )<br>RAYNOR; KAREN MCDONALD; )<br>SHARON FORD; DENISE CLINE; )<br>ATTORNEY BRISSON; and COUNTY )<br>OF CUMBERLAND, )<br>           Defendants. ) | **JUDGMENT**<br><br>Case No.: 5:10-CV-69-F |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the defendants' Motions to Dismiss are hereby allowed. The Clerk of Court is directed to close this case.

**SO ORDERED**.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**This Judgment filed and entered on September 30, 2011, with service upon:**

James R. Nance, Jr., counsel for defendant(s) - *via electronically*

Grant S. Mitchell, counsel for defendant(s) - *via electronically*

Rickey L. Moorefield, counsel for defendant - *via electronically*

Valparisia R. Bannamon, plaintiff - *via U.S. Mail*

Moses W. Robinson, plaintiff - *via U.S. Mail*

**DENNIS P. IAVARONE, CLERK**

September 30, 2011 /s/ *Shelia D. Foell*
Deputy Clerk of Court